HOME DESIGN SERVICES, INC.,
Plaintiff–Appellant,

v.

SCHWAB DEVELOPMENT CORPO-
RATION, a Florida Corporation, d.b.a.
Schwab Custom Homes, William D.
Klein, Michael P. Schwab, Defen-
dants–Appellees.

No. 06–10003.

United States Court of Appeals,
Eleventh Circuit.

Jan. 24, 2007.

Kimberly Lynn Boldt, The Boldt Law
Firm, Boca Raton, FL, for Plaintiff–Appel-
lant.

Brian R. Gilchrist, Jeffrey Scott Boyles,
Allen, Dyer, Doppelt, Milbrath & Gilchrist,
P.A., Orlando, FL, for Defendants–Appel-
lees.

Before ANDERSON, MARCUS and
HILL, Circuit Judges.

PER CURIAM:

After oral argument and careful consid-
eration, and for the reasons fully discussed
at oral argument, we conclude that the
district court's findings of fact are not
clearly erroneous, and that the district
court did not abuse its discretion in con-
cluding that there were no satisfactory
lesser sanctions. We conclude that there
has been no abuse of discretion, and that
the judgment of the district court dismiss-
ing this case with prejudice is due to be
affirmed.

AFFIRMED.